IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILKINS, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.,<br><br>    Defendants. | NO. 1:14-cv-00190 JFH-MV<br><br><u>DEMAND FOR JURY TRIAL</u> |

## **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

  Plaintiff respectfully requests that, pursuant to both Fed. R. Civ. P. 23(b)(2) and 23(b)(3), this Court certify this Telephone Consumer Protection Act case as a class action for the following class of similarly situated persons:

> All persons in the United States who either received a call or text message on their cellular telephone line made by or on behalf of Defendant that were placed using predictive dialing equipment and/or a prerecorded or artificial voice without the recipient's prior express consent to receive such calls or texts, at any time in the period that begins four years before the date this complaint was filed to trial.

  Plaintiff further requests that the Court appoint Plaintiff Michael Wilkins, as the class representative, and the law firms of Burke Law Office, LLC and Terrell Marshall Daudt & Willie PLLC as class counsel. Plaintiff has submitted a memorandum in further support of this motion, which requests deferral of this motion and/or a briefing schedule that permits plaintiff time to take discovery regarding the issues herein.

WHEREFORE, Plaintiff respectfully requests that this Court certify this case as a class action as to the class defined herein, and appoint Plaintiff Michael Wilkins as class representative, Burke Law Office LLC and Terrell Marshall Daudt & Willie PLLC as class counsel.

RESPECTFULLY SUBMITTED AND DATED this 17th day of January, 2014.

BURKE LAW OFFICES, LLC

By:   /s/ Alexander H. Burke
    Alexander H. Burke
    Email: aburke@burkelawllc.com
    BURKE LAW OFFICES, LLC
    155 North Michigan Avenue, Suite 9020
    Chicago, Illinois 60601
    Telephone: (312) 729-5288
    Facsimile: (312) 729-5289

    Beth E. Terrell
    Email: bterrell@tmdwlaw.com
    TERRELL MARSHALL DAUDT
      & WILLIE PLLC
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 350-3528

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, Alexander E. Burke, hereby certify that on January 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

No Appearances

*Attorneys for Defendants*

DATED this 17th day of January, 2014.

                        BURKE LAW OFFICES, LLC

                        By:   /s/ Alexander H. Burke
                              Alexander H. Burke
                              Email:  aburke@burkelawllc.com
                              BURKE LAW OFFICES, LLC
                              155 North Michigan Avenue, Suite 9020
                              Chicago, Illinois  60601
                              Telephone:  (312) 729-5288
                              Facsimile:  (312) 729-5289

*Attorneys for Plaintiff*