UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILKINS and KENNETH MILLS, on behalf of themselves and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.,<br><br>Defendants. | Case No. 1:14-cv-00190<br><br>Hon. James F. Holderman |

**MOTION FOR ADDITIONAL TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Defendants HSBC Finance Corporation (successor by merger to HSBC Bank Nevada, N.A.) and HSBC Card Services Inc., ("HSBC"), by their counsel, respectfully move for an additional seven (7) days for the parties to submit their anticipated motion for preliminary approval of class action settlement, and in support thereof states as follows:

1. During the April 29, 2014 status conference before the Court, the parties reported that a settlement had been agreed upon in principle and that the parties were working towards documenting the settlement and engaging in limited discovery to confirm certain information provided by HSBC to plaintiffs during the negotiations of that settlement (Dkt. No. 30);

2. Since that date, the parties have completed the limited discovery and largely completed the documentation of the settlement;

3. There is one outstanding issue – selection of a claims administrator that can provide an agreeable plan of notice to certain settlement class members for whom HSBC does not possess contact information;

4.   HSBC is currently working with various claims administrators to create a notice proposal that complies with the Federal Rules of Civil Procedure, as well as this Court's requirements, but requires additional time; and

5.   HSBC has been advised that plaintiffs will oppose this request.  However, this request is made in good faith and not for the purpose of delay.  HSBC first received proposed notice proposals from plaintiffs on Wednesday, May 28, 2014 and has been working directly with the various administrators since receipt of those proposals in an effort to agree upon a plan of notice.  A period of approximately two (2) weeks to create and agree upon a plan of notice in a complex class action cannot be, in good faith, deemed to constitute any bad faith or inexcusable delay.

For relief, HSBC respectfully requests:

1.   That the parties be granted an additional seven (7) days, until June 13, 2014, to file the anticipated motion for preliminary approval.

HSBC FINANCE CORPORATION
(successor by merger to HSBC BANK
NEVADA, N.A.) and HSBC CARD
SERVICES INC.

By: */s/ Lisa M. Simonetti*
       One of Their Attorneys

Julia B. Strickland
Lisa M. Simonetti (admitted *pro hac vice*)
Arjun P. Rao (admitted *pro hac vice*)
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
(310) 556-5800

Jeffrey D. Pilgrim
Pilgrim Christakis LLP
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 939-0923

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certify that I caused a copy of the foregoing **Motion for Additional Time to File Motion For Preliminary Approval of Class Action Settlement**, to be served via ECF notification to all parties of record as indicated above on **June 6, 2014**.

                                          */s/ Lisa M. Simonetti*
                                            Lisa M. Simonetti