August 8, 2014

Honorable Judge Holderman
U.S. District Court of the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604



RE: Wilkins v. HSBC Bank Nevada N.A. (Wilkins TCPA Settlement Class Action)
Michael Wilkins & Kenneth Mills v. HSBC and HSBC Bank of Nevada N.A.
Case # 14 – cv - 190

Dear Hon. Judge Holderman,

I would like to make an "objection" to the above regarded class action suit filed against HSBC Bank by Wilkins & Mills. I am a "claimant" in this class action suit.

HSBC Bank has awarded the settlement in the amount of $39,975,000.000, but Wilkins & Mills is asking for a monetary settlement of their portion in the amount of $11,992,500.000.

Since I have been found affected as a consumer and found to be part of this class action suit, I believe the "counsels" fee to be an overwhelming, unfair amount which only leaves the balance of the settlement to the "actual claimants" at a proposed portion of only $20.00 to $40.00 each.

I believe Wilkins & Mills to be negligent in practicing unfair attorney practice to which the purposeful class action suit truly should more so benefit the actual claimants that were affected than the law firm itself. In retrospect; an unfair amount proportionately.

As asked by the settlement case and law firms below, I am sending my "objection" request to you for your consideration and evaluation of fairness in monetary disbursement to the true claimants of this class action suit. Below is also outlined A – I that was asked of me to include:

A) Wilkins v. HSBC Bank of Nevada N.A., Case # 14-cv-190
B) Jeffrey T. Collins – 9450 Live Oak Place, 104 Davie, FL 33324. (954) 232-0104. Claim # 01431222, Control # 7524668992
C) I am a claimant in this class action suit because as a consumer of HSBC Bank, I received an automated call placed by HSBC Bank to my cellular telephone number (954) 232-0104, I believe was placed on January 2, 2009. Which entitles me as a "claimant" because the action suit claims time frame of May 31, 2008 to May 1, 2012.

D) My grounds for "objection" as stated above, I will repeat: HSBC Bank has awarded the settlement in the amount of $39,975,000.000, but Wilkins & Mills is asking for a monetary settlement of their portion in the amount of $11,992,500.000.

Since I have been found affected as a consumer and found to be part of this class action suit, I believe the "counsels" fee to be an overwhelming, unfair amount which only leaves the balance of the settlement to the "actual claimants" at a proposed portion of only $20.00 to $40.00 each.

I believe Wilkins & Mills to be negligent and practicing unfair attorney practice to which the purposeful class action suit truly should more so benefit the actual claimants that were affected than the law firm itself. In retrospect; an unfair amount proportionately.

At this time I am representing myself and claim. If further action calls for my legal support, I will seek and "attain" attorney counsel.

E) At this time I am representing myself and claim. If further action calls for my legal support, I will seek attorney counsel and supply the court with attorney information and amount of compensation for assisting my legal claim.
F) No counsel at this time has been assessed for my benefit, therefore; I am unaware at this time if attorney counsel on my behalf will be presented at final approval hearing.
G) I, Jeffrey T. Collins or counsel attorney I retain will attend if necessary to testify at the final approval hearing in support of my objection for the Honorable Judge Holderman.
H) Dependent upon the Honorable Judge Holderman's decision whether I am required to attend to testify or if other "objection" settlement could be attained; meaning to "settle" a fair claim in monetary amount out of court.
I) My signature: *[signature]*

Cc:  Daniel M. Hutchinson, Esq.         Lisa M. Simonetti, Esq.
     Lieff, Cabraser, Heimann & Bernstein, LLP    Stroock & Stroock & Lavan LLP
     275 Battery Street, 29th Floor      2029 Century Park East
     San Francisco, CA 94111             Los Angeles, CA 90067-3086