**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL WILKINS and KENNETH MILLS, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.,<br><br>    Defendants. | No. 1:14-cv-190 |

**CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES AND FOR**

**SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

  Counsel for Plaintiffs Michael Wilkins and Kenneth Mills and the Settlement Class ("Class counsel") respectfully request that the Court award Class counsel attorneys' fees of 30% of the Settlement fund. Class counsel further request that the Court approve incentive awards of $5,000 each to Mr. Wilkins and Mr. Mills, for their service as class representatives in this matter. In support of this motion, Class counsel state:

  1.  This is a Telephone Consumer Protection Act, 47 U.S.C. §227(b), class action lawsuit, which challenges the use of automatic dialers and prerecorded messages to call cellular telephones. The parties entered into a class Settlement, which the Court preliminarily approved on July 25, 2014. [Docket Entry 59]. This motion is submitted in anticipation of the final approval hearing set for November 21, 2014.

- 2 -

       2.     Class counsel respectfully request that the Court award Class counsel attorneys' fees of 30% of the Settlement fund. Class counsel further request that the Court approve incentive awards of $5,000 each to Mr. Wilkins and Mr. Mills, for their service as class representatives in this matter.

       3.     Class counsel submit a memorandum in further support of this motion. [Docket Entry 65].

WHEREFORE, Class counsel respectfully request that the Court award Class counsel attorneys' fees of 30% of the Settlement fund. Class counsel further request that the Court approve incentive awards of $5,000 each to Mr. Wilkins and Mr. Mills, for their service as class representatives in this matter.

                                Respectfully submitted,

Dated: September 8, 2014        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                By:*/s/Jonathan D. Selbin*
                                   Jonathan D. Selbin

Jonathan D. Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson
Nicole D. Sugnet
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Matthew R. Wilson
Michael Joseph Boyle, Jr.
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Beth E. Terrell
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 40
Seattle, WA 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiffs and the Settlement Class*