October 6, 2014

Clerk of Courts
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

FILED
OCT 0 8 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Counsel for Plaintiff
Daniel M. Hutchinson, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111

Counsel for Chase
Lisa M. Simonetti, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067

Re: *Michael Wilkins and Kenneth Mills v. HSCB Bank Nevada N.A. and HSBC Card Services Inc., Case No. 14-cv-190*

Dear Sirs and Madams:

    I, Richard Mastnardo Sr. ("Objector"), am a Class Member. My address is 34112 Chagrin Blvd., #7105, Chagrin Falls, OH 44022. I received notice of the settlement via a Post Card Notice, Claim No.: HSB12216943, a copy is attached hereto. This Objector's telephone number, are available and may be obtained from my attorney. These are personal identifying items and Objector objects to having them filed in public documents.

    The Proposed Attorney Fee Award Appears to be Unreasonable. Class counsel is requesting $11,992,500.00 in attorneys' fees and incentive award ("Attorney Fees"). However, there is insufficient information available to determine if the attorneys' fees are reasonable.

    The Attorney Fees constitute 30% of the $39,975,000.00, a percentage grossly exceeding the usual 25% benchmark many courts begin with. The Court should award total fees and expenses in proportion to the benefit that the Class Members receive which

1

is likely to be significantly less than what is requested here, and should make sure that the lodestar multiplier, if any, is reasonable.

In addition, a significant portion of Class Counsel's fees should be deferred until such time as the Court has received reports indicating the amount of monetary relief that has actually been delivered to the Class.

Objector hereby gives notice that she does not intend to appear at the Fairness Hearing.

Objector respectfully adopts and incorporates into these Objections all other well-taken, timely filed Objections that are not inconsistent with these Objections. Objector also reserves the right to supplement these Objections with other and fuller objections.

The Class Members have a legally protectable interest in this litigation. That interest will be impacted by the proposed settlement agreement, and the legal fees that are proposed to be paid.

These Objections, presented to the Court as a matter of right, are properly and timely filed by the Objector. All of the legally required prerequisites material to these objections have been met.

The Objector hereby declares that he intends to hire Attorney Sam P. Cannata to represent his interests in this matter. Please direct correspondence to him at, 30799 Pinetree Rd., #254, Cleveland, Ohio 44124; telephone (216) 214-0796; email spc@cplpa.com.

_____
Richard Mastnardo
Class Member/Objector

**Wilkins TCPA Settlement**
c/o GCG
PO Box 35127
Seattle, WA 98124-5127

Forwarding Service Requested

Presorted
First Class Mail
U.S. Postage
PAID
S. Hackensack, N.J.
Permit No. 1450

HSB058287250

Postal Service: Please do not mark barcode
Claim No: HSB12216943
Control No: 9524505615

T35 P1 ******************AUTO**3-DIGIT 440
RICHARD MASTNARDO SR
34112 CHAGRIN BLVD APT 7105
CHAGRIN FALLS OH 44022-1040

Claim No: HSB12216943
Control No: 9524505615

*Wilkins and Mills v. HSBC Bank Nevada, N.A., et al.*, U.S.D.C., Northern District of Illinois, Case No. 14-cv-190
**CLAIM FORM**
To receive benefits from this Settlement, YOU MUST PROVIDE ALL OF THE INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM. YOUR CLAIM FORM MUST BE POSTMARKED BY NOVEMBER 4, 2014.

HSBC's records indicated that you may be a entitled to a payment as a member of the class in this lawsuit. See reverse side for details.

This Notice is to inform settlement class members of the terms of the settlement and important deadlines for the settlement.

Read detailed information about this settlement and related deadlines on the reverse side and at the website:
www.WilkinsTCPASettlement.com

Questions?
Call: 1-844-322-8224

Claim Form postmark deadline:
11/4/2014

**CLAIMANT INFORMATION**
Full Name: RICHARD MASTNARDO SR
Address: 34112 CHAGRIN BLVD #7105
City: CHAGRIN FALLS  State: OH  Zip: 44022-1040  Zip 4 (optional):

**AFFIRMATION**
By signing below, I declare, under penalty of perjury of the laws of the United States, that, on or after May 31, 2008 through May 1, 2012, I received one or more non-emergency automated telephone calls from HSBC Card Services Inc. (or any other entity on behalf of HSBC Finance Corporation, successor by merger to HSBC Bank Nevada, N.A.) to my cellular telephone.

Signature: Richard Mastnardo
Name (please print): RICHARD MASTNARDO
Date: 10/06/2014