**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL WILKINS and KENNETH MILLS, on behalf of himself and others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.,<br><br>       Defendants. | No. 1:14-cv-190 |

**SUPPLEMENTAL DECLARATION OF LAEL DOWD CONCERNING**

**CLAIMS, OPT-OUTS, AND OBJECTIONS**

I, LAEL DOWD, hereby declare and state as follows:

    1.    I am a Director at The Garden City Group, Inc. ("GCG") and a recognized legal notice expert. I oversee the development and implementation of media notice plans for GCG. This Declaration is based upon my personal knowledge, as well as upon information provided to me by counsel and my staff. I am presenting this Declaration to update the Parties and the Court on Claims, Opt-outs, and Objections.

**CLAIMS**

    2.    Settlement Class Members wishing to participate in the Settlement are required to mail a Claim Form to the Claims Administrator, file a claim on the Settlement Website, or file a

1

Case: 1:14-cv-00190 Document #: 84 Filed: 10/28/14 Page 2 of 4 PageID #:1653


claim over the phone. As of October 27, 2014, GCG has received a total of 149,252 claim forms via mail, 64,626 claims submitted via the Settlement Website, and 4,185 claims filed via the toll-free number. As the claim submission deadline is November 4, 2014, GCG anticipates receipt of additional timely claims.

## OPT-OUT REQUESTS AND OBJECTIONS

3. Pursuant to Section III.L of the Settlement Agreement, Settlement Class Members who wished to exclude themselves, or opt-out, from the Settlement were required to submit a written opt-out request postmarked by October 6, 2014 to the Claims Administrator. As of October 27, 2014, GCG has received 27 exclusions. Attached hereto as Exhibit A is a list of the Settlement Class Members who have submitted opt-out requests.

4. Pursuant to Section III.M.2 of the Settlement Agreement, Settlement Class Members, who had not excluded themselves, may have objected to the Settlement by filing a written objection to the Court and sending the objection to Counsel postmarked by October 6, 2014. As of October 27, 2014, GCG has received or been notified of eight timely objections from nine Settlement Class Members. Additionally, GCG has received or been notified of two late objections.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of October, 2014 at Arlington, Virginia.

*Lael D. Dowd*

LAEL DOWD

Exhibit A

Opt-Out Requests

*Wilkins and Mills v. HSBC Bank Nevada*
Opt-Out Requests

| GCG ID No | Name |
|---|---|
| 3891 | Amber Ratliff Moore |
| 7726 | Brighid Bauer |
| 673599 | Tamara H Bizzell |
| 2017091 | Paul D Edwards |
| 4760552 | Laela Naghela-El |
| 4808103 | Mark Richard Mule |
| 5098590 | Eric C Onyango, Esq. |
| 6051368 | Billie J Sampson |
| 6315246 | Teresa G Shoemaker |
| 6664049 | Kevin Sudbury |
| 7310667 | Albert W Webster Jr |
| 7808716 | Arleen Alicea Ocasio |
| 11746562 | Marites L Labrador |
| 12227542 | Lesa Mann |
| 14009630 | Keith Rogers |
| 15745162 | Benjamin Jacob Wilkes |
| 3726352 | Eleanor Jane Klatt |
| 9907678 | Cathy Fairbanks |
| 3230323 | Natalie A Huffman |
| 3467289 | Melvin Johnson |
| 3405801 | David Dean Johnson |
| 12696081 | Kurt D Mitchell |
| 13659492 | Nancy A Puccio |
| 10985 | Dalia Rojas |
| 9722504 | Carlton S Durr |
| 12614 | Kathleen J Kempton |
| 12615 | Ronald Kempton |