UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILKINS and KENNETH MILLS, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.,<br><br>Defendants. | Case No. 1:14-cv-00190<br><br>[Assigned to the Hon. James F. Holderman]<br><br>**OPPOSITION OF DEFENDANTS HSBC FINANCE CORPORATION AND HSBC CARD SERVICES INC. TO OBJECTIONS TO SETTLEMENT AGREEMENT** |

      Defendants HSBC Finance Corporation, successor by merger to HSBC Bank Nevada, N.A., and HSBC Card Services Inc. ("HSBC") hereby oppose the various objections filed in connection with Plaintiffs' pending Motion for Final Approval. (Dkt. No. 81.) While HSBC takes no position with respect to the issue of Class Counsel's request for attorneys' fees and costs, as is fully set forth in HSBC's Response to Court's Request for Additional Information (Dkt. No. 64), as well as Plaintiffs' Opposition to Objections to Settlement (Dkt. No. 82), each of the remaining objections lack merit. Accordingly, HSBC joins in the arguments set forth in Plaintiffs' Opposition, except that it takes no position on those made with respect to Class Counsel's attorneys' fees, and urges this Court to deny the objections and finally approve the Settlement Agreement.

| | |
|---|---|
| Dated: October 28, 2014 | **For Defendants HSBC Finance Corporation, Successor By Merger To HSBC Bank Nevada, N.A., and HSBC Card Services Inc.**<br><br>By:        */s/ Lisa M. Simonetti*<br>       Julia B. Strickland<br>       Lisa M. Simonetti |

LA 51808390

Arjun P. Rao (admitted *pro hac vice*)
Ani Azadian (admitted *pro hac vice*)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email:  lacalendar@stroock.com


Jeffrey D. Pilgrim
Pilgrim Christakis LLP
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 939-0923

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 28, 2014 copies of the foregoing **OPPOSITION OF DEFENDANTS HSBC FINANCE CORPORATION AND HSBC CARD SERVICES INC. TO OBJECTIONS TO SETTLEMENT AGREEMENT** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                By: */s/ Lisa M. Simonetti*
                      Lisa M. Simonetti