IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILKINS and KENNETH MILLS, on behalf of himself and others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 14 C 190 |
| HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC., | ) ) ) | |
| Defendants. | ) ) | |

ORDER REQUESTING ADDITIONAL INFORMATION

The court requests that each Plaintiff's Class Counsel seeking to share in the class attorney fee award file under seal as promptly as possible a statement setting forth each date counsel expended professional time on behalf of the class summarizing counsel's time from counsel's hourly time sheets and indicating the tasks counsel performed, counsel's fees charged for the specific time spent performing the tasks, and the costs counsel incurred on behalf of the Class for which reimbursement from the award is sought. The court requests this "loadstar" information as a crosscheck and for verification of the reasonableness of the $11,992,500 award of attorney fees and costs sought from the common fund settlement of $39,975,000, which is sought to be reduced to a total of $27,972,500 (after deducting class counsels' fees and the $10,000 total fees to Class Representatives) to be distributed among the Settlement Class Members.

The court would appreciate prompt and thorough filings under seal as soon as possible.

ENTER:

*James F. Holderman*

11/17/14

JAMES F. HOLDERMAN
United States District Court