UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 14-cv-190

MICHAEL WILKINS and KENNETH MILLS,

    Plaintiffs,

v.

HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.,

    Defendants.

---

OBJECTORS KELLEY CASEY AND ANTONIA CARRASCO'S RESPONSE AND
SUPPLEMENTAL OBJECTION TO CLASS ACTION SETTLEMENT

---

Attached hereto are Exhibits "A" and "B" and incorporated herein by reference are Objector Collins' Supplemental Brief In Support of Objection to Attorneys' Fees and Expert Report of M. Todd Henderson. Objectors Kelley Casey and Antonia Carrasco ("Objectors") respectfully request that the Court consider the enclosed as a response and supplemental objection in this case. Furthermore, Objectors incorporate herein by reference any other pleadings or responses filed in opposition to the proposed settlement or proposed award of attorneys' fees, including but not limited to their own objection filed herein.

DATED: December 5, 2014             Respectfully submitted,

                                By:  /s/ *Christopher A. Bandas*
                                     Christopher A. Bandas (*Applying Pro Hac Vice*)
                                     Texas State Bar No. 00787637
                                     BANDAS LAW FIRM, P.C.
                                     500 North Shoreline Blvd., Suite 1020
                                     Corpus Christi, Texas 78401-0353
                                     (361) 698-5200 Telephone
                                     (361) 698-5222 Facsimile

                                     Attorneys for Objectors/Class Members

## Certificate of Service

The undersigned certifies that today he filed the foregoing objection and associated declarations on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Supplemental Objection to Class Action Settlement and associated exhibits upon the following.

DATED: December 5, 2014

Daniel M. Hutchinson, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111

Lisa M. Simonetti, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086

/s/ *Christopher A. Bandas*
Christopher A. Bandas