# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 23, 2015

| | |
|---|---|
| Nos. 15-1625, 15-1628, 15-1640 and 15-1641 | MICHAEL WILKINS, et al., Plaintiffs - Appellees<br><br>v.<br><br>HSBC BANK NEVADA, N.A., et al., Defendants - Appellees<br><br>APPEAL OF:<br>DAWN WEAVER, RICHARD MASTNARDO, SR., KELLEY CASEY, ANTONIA CARRASCO and ERICH NEUMAN. |
| **Originating Case Information:** ||
| District Court No: 1:14-cv-00190<br>Northern District of Illinois, Eastern Division<br>District Judge James F. Holderman<br>Clerk/Agency Rep Thomas G. Bruton<br>Court Reporter Lisa Breiter ||

The following are before the court:

1. **AGREED MOTION TO DISMISS APPEAL**, filed on April 22, 2015, by counsel for appellant Dawn Weaver.

2. **AGREED MOTION TO DISMISS APPEAL**, filed on April 22, 2015, by counsel for appellant Richard Mastnardo, Sr.

3. **AGREED MOTION TO DISMISS APPEAL**, filed on April 22, 2015, by counsel for appellants Kelley Casey and Antonia Carrasco.

4. **AGREED MOTION TO DISMISS APPEAL**, filed on April 22, 2015, by the pro se appellant Erich Neumann.

Nos. 15-1625, 15-1628, 15-1640, and 15-1641                                  Page 2

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)