IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILKINS and KENNETH MILLS, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.,<br><br>        Defendants. | No. 1:14-cv-190 |

**CLASS COUNSEL'S REPORT REGARDING ADMINISTRATIVE COSTS FOR SECOND DISTRIBUTION OF SETTLEMENT FUNDS TO CLASS MEMBERS**

    Counsel for Plaintiffs Michael Wilkins and Kenneth Mills and the Settlement Class ("Class Counsel") respectfully submit this Report Regarding Administrative Costs for Second Distribution of Settlement Funds to Class Members.

    Pursuant to the requirements set forth in (1) the Court-approved Settlement Agreement and Release (Dkt. No. 53, Ex. A), (2) the Court's Order Preliminarily Approving Class Action Settlement ("Preliminary Approval Order") (Dkt. No. 59), and (3) the Court's Final Order of Dismissal and Final Judgment (Dkt. No. 127), Class Counsel undertook to implement the Settlement terms in the above-entitled action expeditiously and efficiently. A key focus of their work, and that of the Court-appointed settlement administrator, was to ensure that all Settlement funds went to the Settlement Class Members and to minimize funds that were not deliverable.

    To that end, a first distribution of Settlement checks was made to all Claimants on May 22, 2015. Ex. A, Castaneda Decl. ¶ 4. The overwhelming majority of the settlement checks

distributed to Claimants were cashed. *See id*. Specifically, of the 284,093 checks initially distributed to Claimants, 262,509 were cashed, totaling $26,948,468.34. *Id*. Because the funds remaining from uncashed checks exceeded $50,000, the Settlement Agreement and the Court's Orders required a second distribution of checks to be made to Claimants. The second distribution was made to 262,613 Claimants on January 8, 2016. *Id.* ¶ 6. As of February 22, 2016, 181,642 second-distribution checks totaling $1,298,740.30 have been cashed. *Id.*

The administrative costs for the second distribution of checks total $260,931, bringing the total Settlement Administration costs to $1,531,270. *Id.* at ¶ 7. This amount slightly exceeds the estimated total Settlement Administration costs previously reported to the Court by the Class Counsel. *See* Dkt. No. 71-1, ¶ 27 (estimating total Settlement Administration costs to be $1,270,339).

Class Counsel stand ready to answer any questions or provide any additional information or reporting the Court desires.

Dated: February 23, 2016  Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By:*/s/Jonathan D. Selbin*
      Jonathan D. Selbin

Jonathan D. Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson
Nicole D. Sugnet
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

- 3 -

Matthew R. Wilson
Michael Joseph Boyle, Jr.
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone:  (312) 729-5288
Facsimile:  (312) 729-5289

Beth E. Terrell
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 40
Seattle, WA 98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs and the Settlement Class*

1290344.3